## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MATTHEW BAKER,

    Plaintiff,

v.                                                                                       No. 1:24-cv-0515 JMC/JMR

ALISHA TAFOYA, *et al.*,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, **IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

/s/_____
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
Sitting by Designation